IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

ROOSEVELT CHAMBERS, JR.,       )
                               )
   Petitioner,                 )
                               )   CIVIL ACTION NO.
   v.                          )   3:04cv504-MHT
                               )        (WO)
GWENDOLYN C. MOSLEY,           )
Warden, and TROY KING,         )
Attorney General of the        )
State of Alabama,              )
                               )
   Respondents.                )

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Petitioner's objection (doc. no. 22) is overruled.

(2) United States Magistrate Judge's order (doc. no. 21) is affirmed.

DONE, this the 19th day of May, 2006.

                          /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE